IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BLUE SPIKE, LLC, BLUE SPIKE INTERNATIONAL LTD., AND WISTARIA TRADING LTD., | ) | |
| Plaintiffs, | ) | C.A. No. 19-160 (LPS) (CJB) |
| v. | ) | |
| DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISH NETWORK SERVICE L.L.C. | ) | |
| Defendants. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs Blue Spike, LLC, Blue Spike International Ltd., and Wistaria Trading Ltd. and Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C, hereby jointly stipulate to the dismissal of this action *with prejudice*, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs.

DEVLIN LAW FIRM LLC

*/s/ James M. Lennon*
Timothy Devlin (#4241)
James M. Lennon (#4570)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
tdevlin@devlinlawfirm.com
jlennon@devlinlawfirm.com

*Attorney for Plaintiffs*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com

*Attorney for Defendants*

January 27, 2020

SO ORDERED this ___ day of _____________, 2020.

_______________________________
J.